# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS A. DARSOW,<br><br>    Plaintiff<br><br>v.<br><br>JMH TRUST, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00739-APG-VCF<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 5] |

In light of the notice that plaintiff Douglas Darsow does not oppose defendant Wells Fargo Home Mortgage's motion to dismiss (ECF No. 11),

IT IS ORDERED that defendant Wells Fargo Home Mortgage's motion to dismiss **(ECF No. 11) is GRANTED** as unopposed. *See* LR 7-2(d).

DATED this 20th day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE